■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES SPENCER, Appellant. [718 NYS2d 886] —Appeal by the de-

fendant from a judgment of the County Court, Nassau County (DeRiggi, J.), rendered March 22, 1999, convicting him of burglary in the second degree, upon a jury verdict, and imposing sentence. The appeal brings up for review the denial, after a hearing (Calabrese, J.), of that branch of the defendant's omnibus motion which was to suppress his statement to law enforcement authorities.

Ordered that the judgment is affirmed.

The defendant contends that his refusal to sign a document acknowledging that he had waived his *Miranda* rights (*see, Miranda v Arizona,* 384 US 436) demonstrated that his statement to the police was involuntary. This contention is without merit (*see, North Carolina v Butler,* 441 US 369; *People v Davis,* 55 NY2d 731; *People v Rivas,* 175 AD2d 186; *People v Ridgeway,* 101 AD2d 555, *affd* 64 NY2d 952).

The defendant's remaining contentions, including those raised in his supplemental *pro se* brief, are either unpreserved for appellate review, not properly before this Court, or without merit (*see,* CPL 470.05 [2]; *People v Ashwal,* 39 NY2d 105; *People v Fontana,* 267 AD2d 398; *People v Valez,* 256 AD2d 135). Bracken, Acting P. J., O'Brien, Florio and Schmidt, JJ., concur.